**Order entered July 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00353-CV

**WAYNE LENSING AND LEFTHANDER MARKETING, INC., Appellants**

**V.**

**DAVID CARD AND CLEO LOWE, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06631**

## ORDER

The Court has before it appellants' July 23, 2013 amended agreed motion to extend time to file their reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by August 26, 2013.

/s/     ELIZABETH LANG-MIERS
         JUSTICE